IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DERRECK MAYS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:13-cv-1272-M-BF |
| | § | |
| **DALLAS COUNTY SHERIFF** | § | |
| **LUPE VALDEZ, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 1, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motion for Judgment on the Pleadings (Doc. 7) is GRANTED. All of Plaintiff's claims and causes of action against Sheriff Lupe Valdez are DISMISSED with prejudice, and Plaintiff's claims against the unnamed Dallas police officers are DISMISSED until the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

**SO ORDERED** this 29th day of November, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS